Benjamin J. Mann, Bar Number 12588
Spencer Macdonald, Bar Number 10243
**HALLIDAY, WATKINS & MANN, P.C.**
Attorneys for Plaintiff
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:   801-355-2886
Fax: 801-328-9714
File Number: **53340**

### IN THE UNITED STATES DISTRICT COURT
### DISTRICTION OF UTAH

| | |
|---|---|
| DOUGLAS A. LARSON,<br><br>            Plaintiff,<br><br>   v.<br><br>NICK WATSON, "JANE DOE" WATSON, and JOHN DOES 2-10,<br><br>            Defendants. | **REQUEST TO SUBMIT FOR DECISION RE: EX PARTE AND EXPEDITED MOTION TO REMAND TO STATE COURT**<br><br><br>Civil Number: 2:18-CV-00657<br><br>Judge: WARNER |

Plaintiff, by and through counsel, submits the following REQUEST TO SUBMIT FOR DECISION RE: EX PARTE AND EXPEDITED MOTION TO REMAND TO STATE COURT.

I.   TYPE(S) OF DOCUMENT(S) FILED:

   a.   Plaintiff's EX PARTE AND EXPEDITED MOTION TO REMAND TO STATE COURT (filed on August 22, 2018).

II.   DATE(S) OF FILING(S): The filing date is set forth above.

/./././

III.     REQUEST FOR HEARING: A hearing is not requested.

**Date: <u>08-22-2018</u>**              **Halliday, Watkins & Mann, P.C.**


                                         **<u>/s/ Spencer Macdonald</u>**
                                         **SPENCER MACDONALD**
                                         **Attorney for Plaintiff**